**SUBJECT:** *State briefly the problem on which you desire assistance.*

*"URGENT INQUIRY"*

TEXAS CCA Office Clerk: RE: WR-70,885-11 or 12 "3RD NOTICE"

Greetings, for some UNKNOWN Frustrating reason my (PDR) Petition was Misplaced or Lost. I mailed it on or About (04-10-15) And even spoke to CCA office Administrator, Wade, who then Connected me with A Kelly Reyes to investigate my Lost (11.07) PDR Petition with supporting Records and exhibits. I even wrote several Letters to Locate my urgent (PDR) Records. Kelly Reyes Never responded to Any of my Letters or voice-mail messages. Please Advice me of the Location of my (PDR) Petition & Exhibits.                Respectfully submitted

Name: Jose Alberto Gutierrez     No: 1523604     Unit: Segovia

Living Quarters: Cellbox A3-20     Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk

I-60 (Rev. 11-90)

TEXAS COURT OF CRIMINAL APPEALS
ATTN: ABEL ACOSTA, OFFICE CLERK
INTAKE ADMINISTRATION
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

"FINAL"

Re: WR-70,885-11, Questions of Possible Misplaced (PDR) brief Mailed, 04-10-15 from the Segovia Prison Mailroom that was Never Acknowledge by the Above Courts of Appeal.

HONORABLE COURTS:

Greetings from the Unlawful foul tombs of — Confinement. At best, Texas Offender #1523604, Seeks the where — About of his (PDR) 11.07 Application, Mailed on or About April — 2015, And dated March 23, 2015.

The Actual, March 23, 2015, Letter is Address to Abel Acosta, Clerk Office Administrator Concerning erroneous fourth Court of Appeal bias court Findings #04-08-00655CR that have been Previously Neglected by the States (4TH COURT OF APPEALS) Courts.

At some time in Mid-May, Above Offender made Contact with A Mr. Wade, intake texas Criminal of Appeals office Administrator At (512) 463-1551, Concerning my misplaced out-of-time (PDR) Petition with supporting Records Exhibits to show bias and erroneous fourth Court of Appeal Findings.

Apparently, Mr. Wade transfered my call to a Kelly Reyes 11.07 habeas intake Administrator, And We were dis-connected.

Shortly After, I Personally wrote a letter to Ms. Reyes Concerning my misplaced Urgent (PDR) Petition, And Never received Any formal Response from Any Texas Criminal Courts Administration (i.e., Letter to Ms Reyes, dated, 06-29-15.)

At best, Above Texas Prisoner will Provide, Summary of (PDR) Complaint issues that should be immediately Address. (See Letter dated March 23, 2015, Attached to Petitioner PDR Petition.)

T.R.A.P. 44.2 (A) RECOGNITION
AND SUBSTANTIAL RELIEF ISSUES

A. ERRONEOUS PLAIN ERROR, (WR-70,885-11) FOURTH COURT OF APPEAL —
UNACCEPTABLE WANTON NEGLIGENCE AND ABANDONMENT FINDINGS.

All Warranted Out-of-time (PDR) Petition [4] supporting Fourth Court Appeal Court Records Exhibits mailed on or About ( 04-10-15) to the Texas Criminal Court of Appeals for immediate examination that was Never filed or Recognized by the Above Criminal Appeals Courts, Austin, TX.

CAUSE NO. 2008-CR-1186, Fourth Court of Appeals And 290TH Bexar Co. Court HISTORY:

FACTS;

① At best And Apparent from the Appeal Records, on or About, Oct. 15, 08, WR-70,885-11 dismissed erroneously under T.R.A.P. 25.2.(d).

① ARGUEMENT: In All truth, Fourth Court of Appeals was without any subject-matter Jurisdiction to Accept 290th district courts 25.2(d) Certification, 290TH trial courts Certification states that the case is a "PLEA-bargain case that Never occured on 07-11-08." [1]
Defendant should have been Conditions to Appeal erroneous falsified 07-11-08 Probation legal advice, as follow: (i.e., several relevant facts are missing from 09/30/08 Bexar County Appellate Public defender, A. Moore, Counsel letter to the honorable Fourth Court of Appeals Administration). (Attached, 04-10-15, PDR Petition.)

② Facts: August 26, 08, Due to the seriousness state (290TH) Bexar Co. Court fundamental miscarriage of Justice, (A) files Pro se, Notice of Appeal to the fourth court of Appeals legal Administration, And is Appointed bias And ineffective Appeal Counsel, Angela J. Moore, who miserable failed to Promptly investigate Alleged City Magistrate And state court Judicial Corruption misconduct Verified findings. (i.e., see All Attached (PDR) brief And exhibits, mailed on 04-10-15 to the Texas CCA Court Administration.)

② ARGUEMENTS: (A) received very Poor Appeal legal Assistance, Possibly to cover-up And Conceal Appellants Valid (8TH) And (14TH) Amendment violation Complaints. (i.e. False Magistrate Court Charges And indictments.)

Footnote ①: (B) Never Applied or was eligible
For Any false legal Probation Advice.
See, 2008-CR-1186, Plea-bargain Arraignment
(No state Probation Recognized.) (2 of 5)

"PLAIN ERROR DOCTRINE"
— FINDINGS —

③ FACTS: August 06, 08, (D) is unlawfully sentence to (20) twenty years without any evidence, Magistrate Court Charges, or sworn grand Jury true bill indictment, Cause No. 2008-CR-1186 DWI Findings. In all truth, 290TH Bexar Co. Court had absolutely No subject-matter Court Jurisdiction to impose unlawful Judgment/Sentence.

③ Arguments: 8TH and 14TH Amendment violations.

④ FACTS: July 11, 08, (D) under duress is falsely Advice by State Appointed Counsel Shaughnessy, SBN# 18134500, that the State Court (DA) has offered (D) times (Art. 42.12 sec 13 V.C.C.N) eligible Probation, As my last opportunity before facing A possible (Habitual) Auto-matic Life sentence At (D)'s demanded Jury trial. (D) Neither meet Any Falsely placed (Habitual) enhancement Rubber-stamp, nor did I Apply or was eligible for Any type of false Legal Advice (DWI) Probation. (i.e., See Cause No. 2008-CR-1186, Plea-bargin Admonishments, State, Never Acknowledge or recognized Any type of Probation, As falsely Advice by Counsel Shaughnessy. Also, (D) Never Legally Advice of Any Maximum (Repeater) twenty year enhancement as Part of Any valid Plea-Agreement. In all truth, (D) intentionally And Knowingly deceived to Plend "Guilty" to Non-existing DWI Charges or grand Jury indictments. (See T.R.A.P 44.4 (a)(1)(2) standard.)

④ Arguments: Fourth Courts of Appeals should have Never Accepted (290TH) Courts barbaric ~~Sham~~ 25.2(d) Certification. A order from the fourth Court of Appeals T.R.A.P 34.5 (C)(2) should have been immediately recognized in the interest of Justice And fairness. (i.e. State (DA) Never recommended Any type of DWI Probation Plea-bargin, As falsely Advice by Counsel Shaughnessy.) Also be noted, Art. 26.13 (a)(1)(2) Never Acknowledged or Advice.

⑤ FACTS: June 13, 08, (D) Mysteriously without Any 290TH Court Records Appears before Visiting retired State Judge Pat-priest And Bexar Co, DA, Charles bunk in County-Jail Uniform. Counsel Shaughnessy insist that (D) Accept his Legal advice And sign for (S) eight year DWI plea-agreement, that (D) Never Advice or Authorize. Shaughnessy becomes enraged for my refusal to Accept (8)yr. Plea-Agreement And demanded State Court Jury trial in order to expose City/State Court official Corruption within the Bexar County And City Magistrate Courts. (i.e. False Charge Nunk entries, NOV 24, 2007.)

(3 of 5)                    @ T.R.A.P 44.2 (A), erroneous (C) presumption.)
                                                          (1-5)

ⓔ ARGUMENTS: Several 290TH Court Appearance not documented, several ACTUAL (290TH) Court Appearance not Recorded.

ⓕ FACTS:

April 21, 08 — (D) is Appointed second state — Appointed Counsel Shaughnessy, SBN #1813450, After the initial dismissal of first state — Appointed Counsel (Neri) for ineffective Assistance of Counsel, Strickland Court Citation by (D).

ⓖ ARGUMENTS: (D) asserts, 290TH State district Judge, Macane, violated Art. 26.04 V.C.C.P. And Personally Appointed (Shaughnessy) the ACTUAL individual in question and Person of interest, who was Positively observed, NOV 24, 2007, City Magistrate Court holding Cell Area, early morning hours, when (D)'s magistrate # NM 954121; # NM 954122 Court Records Were Rubber stamp forged without Any initial magistrate Court Bond or Charge Appearance. (See All (11.07) Attached Exhibits, 2008-1186 CR2 - 6.)

ⓗ FACTS: JAN 30, 08 — (D) make first-ever (Art 26.01) 290TH Court Appearance, without Any grand Jury indictment, or magistrate Court Charges. (D) enters not guilty Plea to questionable (FRAUD) Cause No. 2008-CR-1186 DWI, Add-on Charges. (See, Cause No. 2008-CR-1187, entry 006, Bexar County 290TH Court information event Log.) Verified Fraud Charge NMAR 954121 Of defendant, NOV 24, 2007.

ⓘ ARGUMENTS: Above 01/30/08 Actual 290TH Court Appearance is not documented

ⓙ FACTS: JAN 26, 08, Under t.d.c.j #1177492, (D) Completes Parole, Since NO NOV 24, 2007 Charges were filed At the City magistrate Courts.

ⓚ FACTS: JAN 16, 08, Mysteriously, Region 4, Parole Administration issues Parole blue Warrant # 1177492

ⓛ NOV 23, 2007: (D) is Arrested Northern Bexar County, TX, transported to City of San Antonio magistrate, 401 S. Frio, S.A. TX, Placed in holding Cell① And Never Provided initial magistrate Court Charge or Bond hearing. NMAR 954121; 954122 Are Verified bogus forged Court Charges entered into the B.C.C. System And Assign to the 290TH Bexar Co. Court, without Any sworn Probable Cause, Criminal Complaints, or magistrate Court (Seizure) Arrest Warrant Affidavits for sham entry NMAR 954121; 954122, NOV 24, 2007. (See (D)'s FBI NO. 8537REB9, CJIS information Records Part 5, entry 16 and 17 — Fingerprint/Photo I.d Records.)

Therefore Above Petitioner has been falsely incarcerated under verified fraudulent magistrate court charges, as of NOV 24, 2007, due Also to verified City/State court Judicial Administration Corruption And Abuse of office. In fact, All Bexar County State courts and Appeals (Fourth) Courts have intentionally neglected All Petitioners Verified Claims under T.R.A.P 44.2 (A)(C) 1-5, erroneous presumptions. (See Fourth Court of Appeals website, www. Tx Courts. Acv/4TH COA. ASPX # 04-08-00655-CR, Letter, Motions of interests.)

ALSO, FOR THE TEX CCA COURT RECORDS:

On or About, NOV 06, 2008, Fourth Court of Appeals issued Court order under (T.R.A.P 49.8) Extension of time to file motion for rehearing (EN-banc reconsideration) Review on the Above identified Plain (T.R.A.P 44.2) Reversible error issues. (Copy was Attached to Applicants, 04-10-15, (PDR) brief, As exhibit, page 4.) At this time (11/08) Applicant was Confine At the t.d.c.j., Willacy State prison, Raymondsville, TX., that was Lock-down for State-wide cell-Phone Contraband investigation.

Apparently, Offender Gutierrez being Confine to his Assign Cell-dorm was not ever Aware of Any NOV 06, 2008 Fourth Court of Appeals (49.8) Court order, Since the unit mailroom never delivered Any (LEGAL) mail to Offender Gutierrez # 1523604.

Shortly hereafter Offender Gutierrez was relocated to the Stevenson Prison unit, After filing t.d.c.j grievance on unit warden At the Willacy unit for ineffective unit Law Library issues.

Offender Gutierrez # 1523604 was recently made aware of this verified disputed discrepancies After reviewing § 2254, Texas Atty general Records & files.

For Said Reasons, Applicant Prays for immediate (PDR) T.R.A.P 44.2(a) relief, And Possible Appointment of Counsel, due to Complexity of Case. Applicant Asserts (8TH) and (14TH) Amendment Violation injuries, And Continues to be deprived A right to Appear in A State Court of Law to Show Cause and Prejudice injuries.

Respectfully Submitted
in Truth & Mercy,

Jose Gutierrez
Texas Prisoner
# 1523604

CC: Files @ Texas Judicial ethics Committee; Texas CCA Administration Board members